# United States District Court

WESTERN DISTRICT OF WASHINGTON

JOHN FITZGERALD WILLIAMS

v.

WASHINGTON CORRECTIONS CENTER

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C11-5334RJB

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

This case is **DISMISSED WITHOUT PREJUDICE**;

The **dismissal counts as a "strike"** under 28 U.S.C. §1915(g); and

Plaintiff's **IFP status is revoked** for purposes of appeal.

| | |
|---|---|
| October 17, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | |
| | *s/CM Gonzalez* |
| | Deputy Clerk |